FILED

2010 FEB 26  P 2: 10

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Johnnie Lee Taylor CV  1 0   80 0 54MISC

No 117532

_____/

VRW

ORDER TO SHOW CAUSE

It appearing that Johnnie Lee Taylor has been suspended on an interim basis, effective February 1, 2010, by the State Bar of California following a felony conviction, and has given written notice to the clerk of court of his conviction and interim suspension pursuant to Civil Local Rule 11-7(a),

IT IS ORDERED

That respondent show cause in writing on or before March 31, 2010 as to why he should not be suspended from the practice of law before this court pending final disciplinary action by the State Bar Court.

VAUGHN R WALKER
United States District Chief Judge

Mailing address:

Johnnie Lee Taylor

Law Offices of John L. Taylor

507 Polk Street, Suite 400

San Francisco, CA 94102