**FILED**

APR 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

Johnnie Lee Taylor,

No 117532

_____/

C 10-80054 MISC VRW

On February 26, 2010 the court issued an order to show cause (OSC) why Johnnie Lee Taylor should not be suspended from the practice of law before this court pending final disciplinary action by the State Bar Court on his interim suspension, effective February 1, 2010, following a felony conviction.

In response to the OSC, Mr Taylor submitted a declaration describing the circumstances of the criminal charges filed against him and stating that he pled to stalking under California Penal Code 646, which he represents does not involve moral turpitude. It appears that Mr Taylor remains on interim suspension by the State Bar, as Mr Taylor advised the clerk of court by letter dated February 23, 2010. A copy of that letter is attached to this order.

Pursuant to Civil Local Rule 11-7(b)(2), the court has reviewed the publicly available records of Mr Taylor's interim suspension proceedings in the State Bar Court and determines that

there was no deprivation of due process, sufficient proof of misconduct, and that no grave injustice would result from the imposition of reciprocal discipline. The transmittal of conviction records in the State Bar proceedings indicate that Mr Taylor was convicted on July 20, 2009 of stalking in violation of Penal Code sections 646.9(a) and 646.9(b). The Review Department of the State Bar Court did not determine whether those crimes involved moral turpitude in its December 1, 2009 order of interim suspension, indicating only that Mr Taylor was convicted of "felonies which may or may not involve moral turpitude." By order of the Review Department of the State Bar Court dated January 6, 2010, Mr Taylor's interim suspension became effective February 1, 2010.

     Rule 11-1(a) of the Civil Local Rules of this court limit bar membership to active members in good standing of the bar, making Mr Taylor currently ineligible. Mr Taylor may seek reinstatement under the provisions of Civil Local Rule 11-7(b)(4), if and when applicable.

     IT IS ORDERED that Johnnie Lee Taylor shall be removed from the roll of attorneys authorized to practice before this court.

     IT IS FURTHER ORDERED that Johnnie Lee Taylor shall give notice in writing to the clerk of court of any further or final action by the State Bar Court on Mr Taylor's interim suspension within 14 days of such action.

VAUGHN R WALKER
United States District Chief Judge

1 | Mailing address:
2 | Johnnie Lee Taylor
3 | Law Offices of John L. Taylor
4 | 507 Polk Street, Suite 400
5 | San Francisco, CA 94102



# JOHN L. TAYLOR

507 Polk Street, Suite 400, San Francisco, California 94102-3344
415.407.8261 | FAX 415.956.0194

February 23, 2010

To the Clerk of the U.S. District Court

**RE: Suspension of John L. Taylor, SB#117532**

Pursuant to Civil Local Rule 11-7(a), this is to inform the court of my entry of guilty pleas on August 18, 2009, to one felony count each of CA Penal Code 646.9(a) and 646.9(b).

I have been subsequently suspended by the State Bar on an interim basis effective February 1, 2010, pending determination by the Bar of what disciplinary action, if any, shall be taken in response to these two convictions.

This letter shall further serve as notice that Judge Marilyn Hall Patel issued an order dismissing *Taylor et al v. City of Hayward et al* (#CV 09-4976) for lack of prosecution and failure to obey a court order on February 9, 2010.

Cordially,

John L. Taylor

CC: Judge Marilyn Hall Patel

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

JOHNNIE LEE TAYLOR,

Case Number: C 10-80054 VRW

**CERTIFICATE OF SERVICE**

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Johnnie Lee Taylor
Law Offices of John L. Taylor
507 Polk Street
Suite 400
San Francisco, CA 94102

Dated: April 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*